IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOANN COKER BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv1114-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the final decision of the Commissioner be and is hereby REVERSED and that this case be and is hereby REMANDED to the Commissioner for further proceedings in accordance with the memorandum opinion.

Done this 7th day of November, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE